IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT DIVISION

RECEIVED

THADDIUS R. WATKINS #196858
PLAINTIFF

2014 MAR -7 A 12:24

-VS-

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION
U.S. DISTRICT

WARDEN: KARLA JONES Et. AL,
DEFENDANT

2:14-CV-154-MEF-CSC

## COMPLAINT FOR PRELIMARY MANDATE OR DIRECTIVE DEPRIVATION OF ESSENTIAL DISPENSABLE HUMAN NEEDS for DECOROUS AND IMPREGNABLE UNSCATHED SPECIFICATIONS.

ON OR ABOUT THE 24TH DAY OF SEPTEMBER 2011, THE ABOVE STYLED INMATE "PLAINTIFF" THADDIUS R. WATKINS #196858 ARRIVED AT EASTERLING CORRECTIONAL FACILITY LOCATED AT 200 WALLACE DR. CLIO Al 36017. THE PLAINTIFF THADDIS R. WATKINS COMMEMORATED ABRUPTLY UPON REACHING HIS HOUSEING UNIT DORMITORY-B-2-50 CELL LOCK UP UNIT. THERE WERE MANY DELECTERIOUS AND PERNICIOUS SITUATIONS AND ITEMS WHICH MAKES AND PLACES THIS INSTITUTION IN AN EXTREMLY ABUSIVE AND ACRIMONIOUS LIVING CONDITION. ETC....

## CONDITIONING COMPLIANT of AREA'S

DEFICIENT IMPERFECT INADEQUATE LAW LIBRARY FACILITY UNSANITARY HOUSE WATER SYSTEM, SQUALID INDECENT PLACE FOR EATING. OVER MASSIVELY JOSTLED IN LIVING QUARTERS TREMENDOUS ABSTRACTIONS OF INMATE FUNDS BEING SENT "MAILED" AND RECIEVED AT THIS INSTITUTION. INFESTED WITH RODENTS, BUGS AND OTHER INSECTS.

①

# Count #1
## -Law Library-

The law library here is not sufficient. There is no room in this inadequate area for legal assistance. There is only "2" two computers placed in this law library for legal use. At the present about 30 to 40 books for the purpose of legal research you. Each individual only has "2" two hours per person to research. Any one knows that when you're doing legal work or dealing with courts it takes time. And two hours that is instilled by way of request to the administration that rarely answer request form. Of the two computers they have here, only one is being for the general population in which is well over 14 hundred inmates. And during use of the computer you have only 30 min to use the computer and this time is taken from 2 hours research limit. The other computer has been approved only for the use of the law library clerk. Papers being returned to the courts are never done on time due to the approved time for legal work. The only way your legal work is returned on time is to hire the clerk of the law library to do your legal work for you. The books that are to be used in the law library to do your legal work are old and out dated. Only the 5th and 11th circuit are available at this institution.

# Count #2
## Water and Shower

The water system that is used here are very douse. The shower water has an oily feel to the body while showering. And after rinsing the water off the body the slimy feel is still there. This is always the same. This is also the same water in which we have no choice but to drink and cook our foods. When showering the water is very uncompatable to the body. The contents of the water are very hard to the body causing irritations and illnesses. There has been numerous accounts of inmates having skin irritations from the water. Other illnesses has been reported and covered for the society not to know. Such as rashes, red bumps, complete body itching. Skin pealings. The water is so badly irritated you can see the color of the water is not clear. Also when washing our clothing they turn from white to brown. During daily showers there is only "2" hours to showers for approximately 126-130 inmates thats only 120 min. 120 min doesn't allow each inmate one

(2)

min to shower daily before the officer orders "no more showers. Showers are off limit. Disciplinary action will be taken if you're caught in shower.

MRSA is prevalent-accepted-predominant-ubiq-uitors- here at Easterling Correctional Facility.

## COUNT #3

### Bathroom Conundrum-Conditions

Bathroom accomadations are not enough to satisfy nor oblige the amount of inmate housed in its quarters for exemplification. You have only 2 shower trees both in one shower stall. Each shower tree has only 4 heads for showering purposes, which is only 8 heads for showering per dorm - A 4 foot urinal in which is set directly in front of the toilet approximately 2 feet and exposed. There is only 5 commodes align next to one another. With a 2 feet seperation span without dividers between either commode. - Only 6 six sinks to accomadate a number of 120-130 inmates. This is very in-humane to have a person wait 5-6 min. for a sink or toilet or sometime even longer wait for shower. It is factually inhumane to have any person to wait that long for to defecate or urinate. Mother nature has past its time in some ellucidations. Men were unable to tarry and some have defecated on themselves.

## COUNT #4

### The Kitchen-Cafeteria

After much scrutinizing of the kitchen it has many inmates afraid to eat because of its many conditions we have not much of a choice due to the small rations of food distributed to us as a meal if we don't eat it along with its conditions we are more likely to starve to Kitchen always has unsafe, unhealthy, endangered

③

HAZARDOUS INSECURE AND PERILOUS CONDITIONS AND EQUIPMENT AND BY THE ADMINISTRATION AND ADMINISTRATIVE STAFF ITSELF. WHICH COUNTS FOR THE WARDEN AND STEWARDS OF "PRODUCE EQUALITY PRODUCE AND SERVICE." ie meals. THE TEMPERATURE OF THE FOOD ARE NOT REGULATION. ITS COLD AND UNDERSERVED. BREADS, CAKES AND BEANS AND MEATS ARE All UNDER COOKED. BREADS ARE DOUGHTY. CAKE'S HAS UNCOOKED FLOUR IN it. BEANS ARE HARD. AND MEATS ARE RED AND "UNDON" RAW." BUT ARE SERVED TO US TO EAT. TRAYS WHICH ARE BEING EATEN FROM ARE VERY UNSANITARY. WHEN TAKEN FROM TRAY CART OR SERVING THEY ARE TREMENDOUSLY WET WITH WATER AND FOOD FROM THE PREVIOUS MEALED SERVED. GRITS. EGGS. PEANUT BUTTER AND OTHER FOOD ARE SEEN ON TRAYS. THE WATER'S ARE NOT BEING CHANGED BETWEEN MEALS. THE CUPS ALSO HAS FOOD IN THEM. THERE IS NO KITCHEN WORKER ASSIGNED TO CLEAN TABLES IN BETWEEN MEALS. CUPS, TRAYS AND FOODS ARE LEFT ON TABLES FOR THE FOLLOWING DORM TO CLEAN AS THEY SIT DOWN TO EAT.

## COUNT #5
## OVER CROWDING CONDITIONS

DUE TO OVER CROWDING CONDITIONS AT EASTERLING CORRECTIONS FACILITY THE INMATES ARE AT A VERY HIGH VOLOCITY AND RAPID RATE Of HAVING VERBAL AND PHYSICAL ALTERCATIONS. WHICH HAS CAUSED PUNCTURING STAB WOUNDS INWHICH HAS BEEN Hid AND COVERED FROM SOCIETY. THE OVERCROWDNESS IS SURELY THE MOST SERIOUS Of PROBLEMS of The Alabama DEPARTMEN of CORRECTIONS. IT IS VERY STRESSFUL BEING PACKED IN HERE TOGETHER LIKE COWS TRAMPLEING OVER ONE ANOTHER IN STAMPEEDS TO FEEDING STALLS. HERE AT EASTERLING CORRECTIONAL FACILITY THE OUTSIDE YARD IS VERY LIMITED DUE TO OVER CROWDEDNESS of THE INSTITUTION. DURING YARD CALL ONLY 2 OR 3 DORMS ARE ALLOWED ON THE YARD AT A TIME. BECAUSE of THE UNDER STAFF CONDITION It ALLOWS INMATES TO BE HOUSE INSIDE AlOT, CONTINUALLY CRAMED AND STUFFED INSIDE THE ASSIGNED DORMITORY. AT TIMES THE SHIFT OFFICE COMMANDER WILL WRITE IN THE LOG BOOK THAT YARD

CALL HAD BEEN CALLED AND GIVEN BUT NO YARD CALL HAD BEEN GIVEN WHICH CAUSE US TO HAVE PROBLEMS AND STRESS, FIGHTS AND RIOTS. WHEN THIS HAS BEEN BROUGHT BEFOR THE ADMINISTRATION "WARDEN KARLA JONES. HER REPLY IS "DEAL WITH IT." BECAUSE I GO HOME." BEING THAT THIS INSTITUTION IS VERY MUCH OVER CROWDED IT'S HARD TO MAINTAIN AND GRASP HOLD TO REABILITATION. IM NOT TRYING TO GET INTO ANY MORE TROUBLE OR ALTERCATIONS WITH INMATES OR OFFICERS BECAUSE OF SPACE ISSUES. IF I CAN HELP IT. BUT IT IS VERY HARD TO DO UNDER THESE OVER CROWDED CIRCUM- STANCES. AND STRAINIOUS CONDITIONS.

## COUNT #6
### SEGREGATION UNIT-LOCK UP UNIT

THIS COMPLIANT IS IN TWO PART AND IS THE MOST DIABOLICAL AND CRUELTY OF ALL COMPLIANTS FILED AT THIS INSTITUTION. SEGREGATION HERE AT EASTERLING ARE IN TWO PARTS. ONE. THE WAY THE CALL THE MAJOR OR BIG SEG. IN WHICH IS IN B. DORM UNIT OR "SEG" FOR SHORT. AT THIS PETICULAR HOUSING UNIT DURING THE MORNING'S "MON-THUR-FRI" THE OFFICERS ARE TAKING INMATES MATTRESSES AT 6:00 AM AND NOT GIVING THEM BACK UNTIL 6:00 PM. THATS 12 HOURS FOR INMATES TO SLEEP ON STEEL BEDS WITHOUT COVERS OR MATS. FOODS ARE BROUGHT ON TRAYS FROM ACROSS THE CUMPOUND OF OVER 100 YARDS OR MORE. ONCE THE CART ARRIVE AT THE SEG. UNIT FROM THIS DISTANCE THE FOOD ARE COOLER THAN PREPAIRED. IT IS THEN LEFT OUTSIDE IN THE LOBBY UNTIL THE SEGREGATION UNIT OFFICERS FEEL OR DESIDE THEY WANT TO PASS THE FOOD OUT. THESE ARE SINGLE INMATES CELL'S BUT EACH CELL HAS TWO INMATES. THE CELLS HAS BEEN CONVERTED INTO DOUBLE INMATE CELLS. THERE IS VERY LITTLE VENTALATION AND ARE ALWAYS VERY HOT AND HARD TO BREATH. THERE IS NO INTERCOM SYSTEM IN CELL'S TO CONTACT CUBICLE OFFICERS INCASE OF AN EMERGENCY. INMATES HAS TO BEAT ON DOORS TO GET THE OFFICERS ATTENTION AND ONCE THE OFFICER DO COME AND FIND OUT WHO WAS KICKING ON THE DOORS THEY WRITE THE INMATES UP. OFFICERS ARE SUPPOSE TO WALK AROUND TO CHECK CELLS EVER 10-15 MIN. BUT THEY RARELY COME AROUND HOURLY. THERE IS A

Timer placed on every toilet. They only flush twice every hour. For two people being in the cell defecation and urine are often left standing in the toilets until timers are free again. Then you have to flush that, and only one flush is left for the next hour for two people. This is extremely and in-humane. The smell is very noxious and unbarable. Let me remind you it is extremely hot and the heat worsens the condition. /PART TWO/ Once your segregation time is complete you then has to remain in segregation because of the over crowdedness of the institution. There is no beds. The only way to leave seg is another inmate has to get into trouble and go to seg. Once youre released you then go to another segregation which is part two of this complaint. This dorm is called the hot dorm. Inmates are placed in this dorm that no longer has any restriction status. Cant use the phone, catch store, nor canteen, nor go outside. They are as they were on segregated restriction. When we the inmates spoke with the warden of this institution "Karla Jones" her reply was deal with it. Ms Jones will command her officers to harrass and fight inmates to take their good time. Officer Cook, Barnes, Richardson, J. Wilson, D. Bell, Keeton, and others, but these are the most called.

## COUNT #7
## HEALTH CARE UNIT

Health care is very important at this facility and are very much needed to help many inmates at Easterling but when the issues are brought to the health care facility are not being carefully scrutinized. Then problems of this sort are brought forth. Before seeing the doctor we are commanded to fill out a sick call slip. Most times these forms are filled out we are not seen but are charged. Sometime the form is recieved by the H.C.U but still we are charged 4 dollars for filling out the form. 4 dollars to see the nurse, 4 dollars to see the doctor and 4 dollars for medications. If we later do not desire to see the doctor we still has to pay. There are cases where inmates has been

Given the wrong medication by the head doctor and had to be admitted because of this in the Health Care Unit. Or taken to a Hospital in the Montgomery Birmingham area and later brought back to the institution. There are inmate that has documents of this truth and will testify to this truths that really goes on behind the walls of Easterling since Warden Karla Jones has come here.

## "Conclusion"

I'm willing to stand at any court to testify of these truths. And I'm asking that a momentous profound and staid investigation be done upon this institution and its facilitators. I ask please do not warn this institution of the investigation. Just come. Show up or the warden will order her officers to threaten the inmates with displinary actions and force them to clean the entire prison.

## - Relief Sought -

Being that this compliant has filed by me I'm knowing how the staff here is and how they opperate. Some retalliation will come to me. I'm asking for your protection from the future harrassment of this institution. Place me in another prison.

Thaddius R. Watkins

*Thaddius R. Watkins*
Respectfully submitted

On this 3rd Day of March 2014.

Print Name.. Thaddius R. Watkins

Sign Name.. *Thaddius R. Watkins*

MR. THADDI...
E.C.F.
200 WALLACE DR.
Clio, Ala. 36017

IB #196858

MONTGOMERY AL 360
03 MAR 2014 PM 4 L

SECURITY
MAR 05 2014
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

OFFICE OF
CLERK UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK - UNITED STATES COURT HOUSE
1729 5th AVE. NORTH
B'HAM, ALA. 35203-2040

OFFICIAL BUSINESS

35203203799

---

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 - 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2040

OFFICIAL BUSINESS

BIRMINGHAM AL 350
05 MAR 2014
PM 2 L



017H15529414
HASLER
$0.690
03/05/2014
Mailed From 35203
US POSTAGE

US District Court
Middle District of Alabama
PO Box 711 (1 Church Street, Room B110)
Montgomery, AL 36103

36101071111