IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THADDIUS R. WATKINS, #196858, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:14-cv-154-WHA |
| | ) | |
| KARLA JONES, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Recommendation of the Magistrate Judge (Doc. #17), entered on July 30, 2014, and the Notice (Doc. #18), filed by the Defendant on August 22, 2014, the Recommendation is ADOPTED, and this case is DISMISSED without prejudice. Final Judgment will be entered accordingly.

DONE this 26th day of August, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE