IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THADDIUS R. WATKINS, #196858, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KARLA JONES, et al., )<br>)<br>Defendants. ) | CASE NO. 2:14-cv-154-WHA<br><br>(WO) |

## **FINAL JUDGMENT**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, Thaddius R. Watkins, and this case is DISMISSED without prejudice.

DONE this 26th day of August, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE